Charles B. Gibson, appellant, v. A. Holinger and Company et al., appellees. Gen. No. 37,345.

Heard in the first division of this court for the first district at the February term, 1934. ▮▮▮▮ Opinion filed April 30, 1934.

Charles A. Williams, for appellant. Julian C. Ryer, of counsel. Berger & Newmark, for appellees; Lawrence S. Newmark, Gerald G. Bolotin and William Mannhardt, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

White Service Station, Inc., appellee, v. William P. McCubbin, trading as Wisconsin Terminal and Warehouse Company and Wisconsin Warehouse and Truck Terminal, appellant. Gen. No. 37,393.

Heard in the first division of this court for the first district at the February term, 1934. ▮▮▮▮ Opinion filed April 30, 1934.

Musgrave, Oppenheim, Price & Ewins, for appellant. Martin M. Gross, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

James B. Clow and Sons, appellant, v. 230 North Michigan Avenue Building Corporation et al., appellees. Gen. No. 37,309.

Heard in the first division of this court for the first district at the February term, 1934. ▮▮▮▮ Opinion filed April 30, 1934. Rehearing denied May 14, 1934.

Frisch & Frisch, for appellant; Sidney Frisch and Samuel J. Nordorf, of counsel. Maxfield Weisbrod and John A. Taylor, for certain appellee; Maxfield Weisbrod, of counsel.

Mr. Justice McSurely delivered the opinion of the court.